(No. 2012–0843—Submitted December 4, 2012—Decided December 7, 2012.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Howard*, 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341, and the cause is remanded to the trial court for resentencing.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna M. Shia, Assistant Prosecuting Attorney, for appellant.

Cicero Law Office and Anthony Cicero, for appellee.

THE STATE OF OHIO, APPELLANT, *v.* RANZY, APPELLEE.

[Cite as *State v. Ranzy*, 134 Ohio St.3d 591, 2012-Ohio-5762.]

(No. 2012–1302—Submitted December 4, 2012—Decided December 7, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Williams*, 134 Ohio St.3d 482, 2012-Ohio-5699, —— N.E.2d ——.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kristen L. Sobieski, Assistant Prosecuting Attorney, for appellant.

Russell S. Bensing, for appellee.

The STATE OF OHIO, APPELLANT, *v.* VANDERHORST, APPELLEE.

[Cite as *State v. Vanderhorst,* 134 Ohio St.3d 592, 2012-Ohio-5759.]

(No. 2012–1303—Submitted December 4, 2012—Decided December 7, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Williams,* 134 Ohio St.3d 482, 2012-Ohio-5699, —— N.E.2d ——.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kristen L. Sobieski, Assistant Prosecuting Attorney, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Nathaniel McDonald, Assistant Public Defender, for appellee.

THE STATE OF OHIO, APPELLANT, *v.* DAVIS, APPELLEE.

[Cite as *State v. Davis,* 134 Ohio St.3d 592, 2012-Ohio-5761.]

(Nos. 2012–1514 and 2012–1528—Submitted December 4, 2012—Decided December 7, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Howard,* 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.